# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-033-FDW-DCK

| | |
|---|---|
| JOSEPH SAVOVIC, | ) |
|     Plaintiff, | ) |
| v. | ) **ORDER** |
| GES CONSULTING SERVICES, LLC and WILLIAM S. SHORT, | ) |
|     Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) filed by J. Mark Wilson, concerning Brent D. Hockaday on March 23, 2018. Mr. Brent D. Hockaday seeks to appear as counsel *pro hac vice* for Defendants GES Consulting Services, LLC and William S. Short. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

Plaintiff opposes the instant motion, arguing that Mr. Hockaday, Jeffrey S. Lowenstein, and/or their firm of Bell Nunnally & Martin, LLP have "a conflict of interest as Savovic's attorneys in the transaction that is the subject of the above captioned matter." (Document No. 13, p.1). In reply, Defendants contend that the requirements of Local Rule 83.1(b)(1) have been satisfied and that there is no conflict of interest. (Document No. 14).

It appears to the undersigned that Defendants have adequately complied with the Court's Rule regarding *pro hac vice* admission. At this time, the undersigned will decline to consider whether any of Defendants' counsel might be disqualified. If necessary and appropriate, Plaintiff may file a motion to disqualify; but he should note that such a motion involves "a very high

standard of proof." Danzig Ltd. v. Inception Mining Inc., 5:17-CV018-RLV-DSC, 2017 WL 2569739, at *1 (W.D.N.C. June 12, 2017) (quoting Capacchione v. Charlotte-Mecklenburg Bd. Of Educ., 9 F.Supp.2d 572, 579 (W.D.N.C. 1998)). Of course, prior to filing such a motion, Plaintiff's counsel must confer with Defendants' counsel. See Local Rule 7.1(b). The undersigned respectfully encourages the parties to attempt to resolve this dispute without further Court intervention.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 8) is **GRANTED.** Mr. Brent D. Hockaday is hereby admitted *pro hac vice* to represent Defendants GES Consulting Services, LLC and William S. Short.

**SO ORDERED**.

Signed: April 24, 2018

David C. Keesler
United States Magistrate Judge