# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-033-DCK

| | |
|---|---|
| JOSEPH SAVOVIC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| GES CONSULTING SERVICES, LLC<br>WILLIAM S. SHORT, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Extension And Amendment Of The Case Management Plan" (Document No. 30) filed November 9, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

The undersigned commends the parties' continuing efforts to resolve this case without Court intervention. Noting these efforts and the subsequent extensions of deadlines, the undersigned will deny "Defendant William S. Short's Motion To Dismiss …" (Document No. 24), without prejudice to Mr. Short renewing his requested relief on or before **May 2, 2019**.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Extension And Amendment Of The Case Management Plan" (Document No. 30) is **GRANTED**. The Pretrial Order and Case Management Plan shall be amended as follows:

| | |
|---|---|
| Discovery Completion | **April 3, 2019**; |
| Mediation Report | **April 18, 2018**; |
| Motions Deadline | **May 2, 2019**; and |

Trial **October 7, 2019**.

**IT IS FURTHER ORDERED** that "Defendant William S. Short's Motion To Dismiss …" (Document No. 24) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: November 13, 2018

David C. Keesler
United States Magistrate Judge