# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-033-DCK

| | |
|---|---|
| JOSEPH SAVOVIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    <u>ORDER</u> |
| | ) |
| GES CONSULTING SERVICES, LLC | ) |
| WILLIAM S. SHORT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Lawsuit Pending Settlement" (Document No. 34) filed May 21, 2019. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

By the instant motion, the parties report that they entered a Confidential Settlement Agreement on May 20, 2019. The parties seek a stay of this lawsuit until a payout of a settlement amount is completed.

The Court commends the parties and counsel for their efforts in resolving this lawsuit.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Lawsuit Pending Settlement" (Document No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a Stipulation of Dismissal or a Consent Judgment on or before **January 3, 2020**.

**IT IS FURTHER ORDERED** that all other deadlines in this case, including trial, are **STAYED** until otherwise ordered by the Court.

**SO ORDERED**.

Signed: May 22, 2019

David C. Keesler
United States Magistrate Judge